UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:15-MJ-71206-MAG-1 |
| Plaintiff, | ) ) | [PROPOSED] ORDER OF DETENTION |
| v. | ) ) | |
| ERIC WINSTON MILLER, | ) ) | |
| Defendant. | ) ) | |

On September 15, 2015, Defendant Eric Winston Miller was charged by federal complaint with one count of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).  Defendant made an initial appearance on September 18, 2015, and on September 24, 2015, the matter came before the Court for a detention hearing.  Defendant was present and represented by Daniel Blank, Assistant Federal Defender.  Assistant United States Attorney Michael Maffei appeared for the Government.

Pretrial Services submitted a report that recommended detention, and a representative of Pretrial Services was present at the hearing.  The Government moved for detention, and Defendant waived the hearing.

Upon consideration of the record, the Court finds by clear and convincing evidence that no condition of combination of conditions will reasonably assure the safety of any other person and the

1  community.  Accordingly, Defendant is ordered detained pending trial.

2  This order supplements the Court's statements in open court and serves as a statement of reasons

3  as required by 18 U.S.C. § 3142(i)(1).  This order is made without prejudice to Defendant's right to seek

4  review of his detention by this Court should new information arise.

5  Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

6  1.  Defendant Eric Winston Miller be, and hereby is, committed to the custody of the

7  Attorney General for confinement in a corrections facility separate, to the extent practicable, from

8  persons awaiting or serving sentences or being held in custody pending appeal.

9  2.  Defendant Miller be afforded reasonable opportunity for private consultation with

10  counsel; and

11  3.  On order of a court of the United States or on request of an attorney for the government,

12  the person in charge of the corrections facility in which the defendant is confined shall deliver

13  Defendant Miller to an authorized United States marshal for the purpose of any appearance in

14  connection with a court proceeding.

15  IT SO ORDERED.

16

17  DATED:  September 24, 2015

18  _____
   HON. SALLIE KIM
   United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28